# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Katharine S. Hayden |
| v. : | Crim. No. 18-155 (KSH) |
| LESSIE DICKERSON III, : a/k/a "Leon Terrell McKinney," and : | **CONTINUANCE** |
| JOHN MUYEKA, : a/k/a "John Murunga," : a/k/a "Daniel Okwiri" : | |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Jason S. Gould, Assistant U.S. Attorney) and defendant John Muyeka (by Ruth Liebesman, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to this continuance and having waived such right; and two prior continuances having been granted; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    (1) This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of: the nature of

the prosecution, the number of allegedly fraudulent transactions involved, and the amount of discovery, such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days;

(2) The discovery in the case is expected to be somewhat voluminous, consisting of, among other things, text messages, phone records, video recordings from various retailers in the eastern United States, and financial and sales records from those retailers, and additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel have sufficient time to review and inspect discovery and further investigate the charges in the matter;

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 19th day of October, 2018,

ORDERED that this action be, and hereby is, continued under the Speedy Trial Act from the date this Order is signed through and including January 31, 2019; and it is further

ORDERED that the period from the date this Order is signed through and including January 31, 2019 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. KATHARINE S. HAYDEN
United States District Judge

Form and entry consented to:

_____
Jason S. Gould
Assistant U.S. Attorney

_____
Ruth Liebesman, Esq.
Counsel for defendant